UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NUSTRIPS, INC. D/B/A NUSTRIPS,<br><br>　　　　　　Defendant. | ECF CASE<br><br>No.: 1:22-cv-2505 (ENV)(PK) |

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this entire action with prejudice, resolving all matters in dispute having been made and each party bearing its own fees and costs.

Dated: December 6, 2022
　　　New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: December 9, 2022
　　　New York, New York

_____
Sarah Lightdale, Esq.
Thomas Touchie, Esq.
COOLEY LLP
55 Hudson Yards
New York, New York 10001
slightdale@cooley.com
ttouchie@cooley.com
212.479.6000
*Attorneys for Defendant*

　　　　　So Ordered: /s/
　　　　　Kiyo A. Matsumoto, USDJ
　　　　　12/10/2022